```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 11505
   WILSON R VAZQUEZ
   LYDIA VAZQUEZ                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4374    SSN XXX-XX-2090

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/14/2006 and was confirmed 11/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
EMC MORTGAGE             CURRENT MORTG           .00            .00            .00
GREATBANK ALGONQUIN      SECURED VEHIC       2152.81          18.75        2152.81
HARRIS TRUST & SAVINGS B SECURED NOT I    NOT FILED            .00            .00
INDYMAC BANK             CURRENT MORTG           .00            .00            .00
MITSUBISHI MOTORS CREDIT SECURED VEHIC       9970.00         810.97        7473.43
MITSUBISHI MOTORS CREDIT UNSEC W/INTER       1307.90         190.44         344.53
TEMPUS PALMS INTERNATION SECURED NOT I      16516.03            .00            .00
TEMPUS RESORTS           UNSEC W/INTER    NOT FILED            .00            .00
WORLD SAVINGS & LOAN     SECURED NOT I    NOT FILED            .00            .00
AMERICAN GENERAL FINANCE UNSEC W/INTER        968.49         153.86         255.22
CAPITAL ONE              UNSEC W/INTER        720.85         114.54         189.95
B-LINE LLC               UNSEC W/INTER       4940.27         713.41        1301.98
CITI CARDS               UNSEC W/INTER    NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER       5678.87         901.85        1496.64
CITIBANK USA/HOME DEPOT  UNSEC W/INTER    NOT FILED            .00            .00
CONSECO FINANCE          UNSEC W/INTER    NOT FILED            .00            .00
FIRST PREIMER BANK       UNSEC W/INTER    NOT FILED            .00            .00
HFC USA                  UNSEC W/INTER    NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER       2506.51         364.64         660.59
HSBC NV                  UNSEC W/INTER    NOT FILED            .00            .00
HSBC/CARSONS             UNSEC W/INTER    NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER       1814.33         288.19         478.13
J R C FINANCE CO         UNSEC W/INTER    NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      30502.51        4437.26        8038.87
PEOPLES GAS & LIGHT      UNSEC W/INTER    NOT FILED            .00            .00
USA PAYDAY LOANS         UNSEC W/INTER       1180.00         187.44         310.94
RESURGENT CAPITAL SERVIC UNSEC W/INTER       3146.61         456.52         829.04
WELLS FARGO FINANCIAL IL UNSEC W/INTER        651.58         103.97         171.32
WELLS FARGO FINANCIAL IL UNSEC W/INTER        703.61         111.95         185.25
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER        840.95         133.59         221.61
INDYMAC BANK             MORTGAGE ARRE       1585.47            .00        1585.47
EMC MORTGAGE             SECURED NOT I        878.83            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 11505 WILSON R VAZQUEZ & LYDIA VAZQUEZ
```

```
INDYMACK BANK               NOTICE ONLY    NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC    UNSEC W/INTER   2263.45           314.43       596.32
LEGAL HELPERS PC            DEBTOR ATTY    2,100.00                      2,100.00
TOM VAUGHN                  TRUSTEE                                      2,786.09
DEBTOR REFUND               REFUND                                       1,645.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   42,125.00

PRIORITY                                              .00
SECURED                                         11,211.71
    INTEREST                                       829.72
UNSECURED                                       15,080.39
    INTEREST                                     8,472.09
ADMINISTRATIVE                                   2,100.00
TRUSTEE COMPENSATION                             2,786.09
DEBTOR REFUND                                    1,645.00
                          ---------------    ---------------
TOTALS                    42,125.00             42,125.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 03/05/09                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE